IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJINDER JHANJAR,

          Petitioner,                No. CIV S-06-0884 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF         **1: 0 6 - CV - 0 6 3 7 AWI TAG HC**
CORRECTIONS AND
REHABILITATION,

          Respondents.          ORDER

_____/

        Petitioner, a state prisoner parolee proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. He has paid the filing fee.

        In his application, petitioner seeks discharge of his parole or an order directing a change in some of his parole conditions. Petitioner lives in Merced and seeks an order directing respondent to permit him to live in Kern County. Merced and Kern Counties are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Under Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3         2. This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5         3. All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7              United States District Court
               Eastern District of California
8              2500 Tulare Street
               Fresno, CA 93721
9
     DATED: May 22, 2006.
10

11

12                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16
     2
17   jhan0884.109

18

19

20

21

22

23

24

25

26

                              2