1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

RAJINDER JHANJAR,                        Case No.  1:06-cv-00637-AWI-TAG HC

9
                   Petitioner,            ERRATA TO FINDINGS AND
10                                         RECOMMENDATIONS TO DENY
                                           PETITION FOR WRIT OF HABEAS CORPUS
        v.                                 (Doc. 28)
11
CALIFORNIA DEPARTMENT OF
12  CORRECTIONS AND
    REHABILITATION ,
13
                   Respondent.
14  _____/

15          The language "ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN

16  TWENTY DAYS" in the title portion on page one of the Court's Findings and Recommendations

17  to Deny Petition for Writ of Habeas Corpus, signed and dated March 28, 2008 and docketed as

18  Court document 28, shall be deleted.

19

20  IT IS SO ORDERED.

21  Dated:   **March 31, 2008**                        **/s/ Theresa A. Goldner**
    _____                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27