1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| RAJINDER JHANJAR, | ) | 1:06-cv-00637-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 28) |
| v. | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT OF |
| CALIFORNIA DEPARTMENT OF | ) | HABEAS CORPUS (Doc. 1) |
| CORRECTIONS AND | ) | |
| REHABILITATION, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

11
12
13
14
15
16
17

18        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20        On March 28, 2008, the Magistrate Judge assigned to the case filed a Findings and

21  Recommendation recommending the petition for writ of habeas corpus be DENIED on the

22  merits.  (Doc. 28).  This Findings and Recommendation was served on all parties and contained

23  notice that any objections were to be filed within fifteen days from the date of service of that

24  order.  On March 31, 2008, Petitioner filed objections to the Magistrate Judge's Findings and

25  Recommendations.  (Doc. 29).   On April 15, 2008, Respondent filed a reply to Petitioner's

26  objections.  (Doc. 31).  Also on April 15, 2008, Petitioner filed a response to Respondent's reply.

27  (Doc. 32).

28

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

2    a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

3    objections, Respondent's reply to those objections, and Petitioner's reply to Respondent's reply,

4    the court concludes that the Magistrate Judge's Findings and Recommendation is supported by

5    the record and proper analysis.

6    In the objections, Petitioner contends that he was not properly credited with pre-sentence

7    credits.   Title 28 U.S.C. § 2255(e)(1) states that:

8    In a proceeding instituted by an application for a writ of habeas corpus by a person
     in custody pursuant to the judgment of a State court, a determination of a factual

9    issue made by a State court shall be presumed to be correct. The applicant shall
     have the burden of rebutting the presumption of correctness by clear and

10   convincing evidence.

11   The California Superior Court, along with the other state courts, found that Petitioner's pre-

12   sentence credits were properly applied.   The state court's factual determination concerning there

13   credits is presumed to be correct.   See Panetti v. Quarterman, 127 S.Ct. 2842, 2872 (2007)

14   (applying Section 2254(e)(1) presumption); Cook v. Schriro, 516 F.3d 802, 832 (9th Cir. 2008).

15   Petitioner offers no clear and convincing evidence, as opposed to assertions and arguments, that

16   the state court was incorrect.    Neither this Court's review of the file nor the objections reveal

17   any reason for the court to not adopt the Findings and Recommendations.

18   Accordingly, IT IS HEREBY ORDERED that:

19   1.    The Findings and Recommendation, filed March 28, 2008 (Doc. 28), is

20          ADOPTED IN FULL;

21   2.    This petition for writ of habeas corpus (Doc. 1), is DENIED; and

22   3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

23   This order terminates the action in its entirety.

24

25   IT IS SO ORDERED.

26   **Dated:    April 23, 2008**                          **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE

27

28